379 A.2d 581

Commonwealth v. Colston, Appellant.

Submitted March 16, 1977. H. Stanley Rebert, Assistant Public Defender, for appellant; Sheryl Ann Dorney, Assistant District Attorney, and Donald L. Reihart, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.